THE STATE EX REL. BEVINS, APPELLANT, *v.* JOHNSON, WARDEN, APPELLEE.

[Cite as *State ex rel. Bevins v. Johnson*, 133 Ohio St.3d 80, 2012-Ohio-3922.]

*Habeas corpus—Failure to state a viable claim—Adequate remedy at law available—Court of appeals' dismissal of petition affirmed.*

(No. 2012-0586—Submitted August 22, 2012—Decided September 5, 2012.)

APPEAL from the Court of Appeals for Madison County, No. CA2012-01-005.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Andrew Bevins Jr., for a writ of habeas corpus. Bevins's claims are not cognizable in habeas corpus. *Boles v. Knab*, 130 Ohio St.3d 339, 2011-Ohio-5049, 958 N.E.2d 554, ¶ 1 (speedy trial); *Thomas v. Huffman*, 84 Ohio St.3d 266, 267, 703 N.E.2d 315 (1998) (equal protection); *Bellman v. Jago*, 38 Ohio St.3d 55, 55-56, 526 N.E.2d 308 (1988) (due process). Bevins had an adequate remedy by appeal to raise his claims.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Andrew Bevins Jr., pro se.

Michael DeWine, Attorney General, and Hilda Rosenberg, Assistant Attorney General, for appellee.

_____